**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                   20 CR. 478 (RMB)
   -against-

                                                                  **ORDER**

PEDRO RAMOS,
                Defendant.
------------------------------------------------------------X

      The Court will hold a telephone status conference on Wednesday, October 28, 2020 at 9:00 AM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0478

Dated: October 15, 2020
       New York, NY

                                                    _____
                                                    RICHARD M. BERMAN
                                                          U.S.D.J.