**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 5, 2020

**VIA ECF**

The Honorable Richard Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:** *United States v. Pedro Ramos,* **20 CR 478 (RMB)**

Dear Judge Berman:

      With the consent of the Government and Pretrial Services, I write to request a modification of Mr. Ramos' bail conditions to allow him to travel to Connecticut for work. All other bail conditions would remain the same.

      While out on bail Mr. Ramos has been compliant with the mandates set forth by the Court and Pretrial Services. He reports regularly to Pretrial Services and maintains communication with my office.

Thank you for your consideration of this application.

                                            Respectfully submitted,

                                            Tamara L. Giwa
                                            Counsel for Pedro Ramos
                                            Federal Defenders of New York
                                            (917) 890-9729

Rothman (via email)

---

Modification granted on consent.

SO ORDERED:
Date: 11/9/2020
Richard M. Berman, U.S.D.J.