**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                           20 CR. 478 (RMB)
   -against-

                                                                          **ORDER**

PEDRO RAMOS,
                Defendant.
------------------------------------------------------------X

       The Court will hold a telephone status conference on Tuesday, December 22, 2020 at 11:00 AM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0478

Dated: December 18, 2020
       New York, NY

                                                        _____
                                                            RICHARD M. BERMAN
                                                                 U.S.D.J.