**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

       20 CR. 478 (RMB)

  -against-

**ORDER**

PEDRO RAMOS,
                Defendant.
------------------------------------------------------------X

    In light of the continuing COVID-19 pandemic, the status conference scheduled for Thursday, February 25, 2021 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

    Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0478

Dated: February 18, 2021
       New York, NY

                                          RICHARD M. BERMAN
                                              U.S.D.J.