**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 23, 2021

**VIA ECF**

The Honorable Richard Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Pedro Ramos,* **20 CR 478 (RMB)**

Dear Judge Berman:

    The parties jointly request an adjournment of the status conference currently scheduled for February 25, 2021, of approximately 45 days. The parties are continuing to negotiate Mr. Ramos' potential sentencing exposure, and require some additional time to complete these discussions.

    Thank you for your consideration of this application.

Respectfully submitted,

Tamara L. Giwa
Counsel for Pedro Ramos
Federal Defenders of New York
(917) 890-9729

---

Application granted. Conference adjourned to Thursday, April 22, 2021 at 9:00 AM. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 2/24/2021
Richard M. Berman, U.S.D.J.