**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 29, 2021

**VIA ECF**

The Honorable Richard Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Pedro Ramos,* 20 CR 478 (RMB)

Dear Judge Berman:

    With the consent of the government, I write to seek an adjournment of the status conference currently scheduled for April 22, 2021, to a date after May 10, 2021. I will be starting a trial before Judge Schofield on April 12, 2021, and therefore ask that the date be adjourned so that I can prepare for and be present for the conference after the trial concludes.

    The defense does not object to the exclusion of time under the Speedy Trial Act.

    Thank you for your consideration of this application.

Respectfully submitted,

Tamara L. Giwa
Counsel for Pedro Ramos
Federal Defenders of New York
(917) 890-9729

---

Application granted. Conference adjourned to Tuesday, May 11, 2021 at 11:30 AM. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 3/29/21
Richard M. Berman, U.S.D.J.