**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

     -against-

PEDRO RAMOS,
                    Defendant.
------------------------------------------------------------X

20 CR. 478 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the status conference scheduled for Tuesday, May 11, 2021 at 11:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0478

Dated: April 30, 2021
       New York, NY

                                            _____
                                                RICHARD M. BERMAN
                                                     U.S.D.J.