**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

   -against-

PEDRO RAMOS,
                   Defendant.
------------------------------------------------------------X

20 CR. 478 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Tuesday, June 22, 2021 at 12:30 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0478

Dated: June 14, 2021
       New York, NY

                                          _____
                                             RICHARD M. BERMAN
                                                    U.S.D.J.