**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

     -against-

PEDRO RAMOS,
                Defendant.
------------------------------------------------------------X

20 CR. 478 (RMB)

**ORDER**

     The conference previously scheduled for Thursday, November 4, 2021 at 9:30 AM is hereby rescheduled to Wednesday, November 3, 2021 at 12:00 PM.

     In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

     Participants, members of the public and the press can use the following dial-in information:

     USA Toll-Free Number: (877) 336-1829
     Access Code: 6265989
     Security Code: 0478

Dated: October 28, 2021
       New York, NY

                                        _____
                                           RICHARD M. BERMAN
                                               U.S.D.J.