# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 20, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/21

VIA ECF

The Honorable Richard Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Pedro Ramos*, 20 CR 478 (RMB)

Dear Judge Berman:

I write with the consent of the government to respectfully request an adjournment of Mr. Ramos' sentencing hearing of approximately 30 days. The hearing is currently scheduled for February 8, 2022. I am starting a trial before Judge Furman on January 20, 2022, that is anticipated to last approximately two weeks. An adjournment of Mr. Ramos' hearing would allow me to complete the collection of relevant mitigation materials, and effectively prepare for his sentencing.

Thank you for your consideration of this application.

Respectfully submitted,

Tamara L. Giwa
Counsel for Pedro Ramos
Federal Defenders of New York
(917) 890-9729

Cc: AUSA Kedar Bhatia (via ECF)

Sentence is adjourned to 3/8/22 at 9:30am. Defense submission is due 2/15/22. Government submission is due 2/22/22.

SO ORDERED:
Date: 12/21/21

Richard M. Berman, U.S.D.J.