**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

          20 CR. 478 (RMB)

   -against-

**ORDER**

PEDRO RAMOS,
               Defendant.
------------------------------------------------------------X

      The proceeding scheduled for Tuesday, February 8, 2022 at 10:30 AM is hereby adjourned to Tuesday, March 8, 2022 at 9:30 AM.

      The proceeding will take place in Courtroom 17B.

Dated: March 2, 2022
       New York, NY

                                          _____
                                              RICHARD M. BERMAN
                                                  U.S.D.J.