UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                          Government,            :         20 CR. 478 (RMB)
                                           :
        - against -                       :         **ORDER**
                                           :
PEDRO RAMOS,                               :
                          Defendant.             :
-----------------------------------------------------------------x

      The supervised release hearing is scheduled for Monday, October 30, 2023 at 11:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 870 667 982#

Dated: October 25, 2023
      New York, NY

                                               _____
                                               **RICHARD M. BERMAN**
                                                       U.S.D.J.