UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,   :      20 CR. 478 (RMB)
                                           :
      - against -                       :      **ORDER**
                                           :
PEDRO RAMOS,                               :
                Defendant.    :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, December 11, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 876 437 16#

Dated: December 6, 2023
       New York, NY

                                                  _____
                                                   **RICHARD M. BERMAN**
                                                         **U.S.D.J.**