**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                      :
                             Government,        :        20 CR. 478 (RMB)
                                                                      :
        - against -                           :        **ORDER**
                                                                      :
PEDRO RAMOS,                                       :
                             Defendant.           :
-----------------------------------------------------------------x

      The supervised release hearing is scheduled for Thursday, March 14, 2024 at 11:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 933 849 457#

Dated: March 7, 2024
       New York, NY

                                                                   *Richard M. Berman*
                                                         **RICHARD M. BERMAN**
                                                                **U.S.D.J.**