**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                              Government,   :          20 CR. 478 (RMB)
                                            :
              - against -                   :          **ORDER**
                                            :
PEDRO RAMOS,                                :
                              Defendant.    :
---------------------------------------------------------------x


       The supervised release hearing is scheduled for Wednesday, May 1, 2024 at

9:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:


    Dial-in Number: (646) 453-4442
    Conference ID: 590 574 49#


Dated: April 24, 2024
     New York, NY

_____
    **RICHARD M. BERMAN**
          **U.S.D.J.**