**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                          Government,        :          20 CR. 478 (RMB)
                                             :
              - against -                    :          **ORDER**
                                             :
PEDRO RAMOS,                                 :
                                             :
                          Defendant.         :
-------------------------------------------------------------x


        The supervised release hearing is scheduled for Thursday, October 10, 2024 at

10:00 A.M.

        In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams

**Join the meeting now**

        Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

        Dial-in Number: (646) 453-4442
        Conference ID: 525 706 671#


Dated: October 1, 2024
        New York, NY

                                        **RICHARD M. BERMAN**
                                        **U.S.D.J.**