UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,        :

                              Government,    :      20 CR. 478 (RMB)

         - against -            :      **ORDER**

PEDRO RAMOS,                      :

                              Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, December 2, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 183 524 880#

Dated: November 20, 2024
       New York, NY

                                                     _/s/ Richard M. Berman_
                                            **RICHARD M. BERMAN**
                                                   **U.S.D.J.**