UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                     Government,   :   20 CR. 478 (RMB)
                                             :
       - against -                         :   **ORDER**
                                             :
PEDRO RAMOS,                                 :
                                             :
                     Defendant.    :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, March 13, 2025 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 816 131 305#

Dated: March 5, 2025
      New York, NY

                                                 */s/ Richard M. Berman*
                                             **RICHARD M. BERMAN**
                                                      U.S.D.J.