**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,      :

                   Government,     :      20 CR. 478 (RMB)

            - against -     :      **ORDER**

PEDRO RAMOS,     :

                   Defendant.     :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, May 19, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 599 754 151#

Dated: May 14, 2025
        New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**