**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                            Government,   :   20 CR. 478 (RMB)
                                           :
        - against -              :   **ORDER**
                                           :
PEDRO RAMOS,                               :
                                           :
                           Defendant.   :
----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 10, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 102 646 580#

Dated: July 1, 2025
       New York, NY

                                              **RICHARD M. BERMAN**
                                                    **U.S.D.J.**