**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                         Government,         :         20 CR. 478 (RMB)
                                             :
            - against -                      :         **ORDER**
                                             :
PEDRO RAMOS,                                 :
                                             :
                         Defendant.          :
--------------------------------------------------------------x


      The supervised release hearing is scheduled for Thursday, September 18, 2025 at

9:00 A.M.

      On all parties' consent, the proceeding will be held by video.

# Microsoft Teams
### Join the meeting now

      Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:


      Dial-in Number: (646) 453-4442
      Conference ID: 234 776 098#


Dated: September 10, 2025
      New York, NY

                                _Richard M. Berman_
                              **RICHARD M. BERMAN**
                                   **U.S.D.J.**