**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

PEDRO RAMOS,

Defendant.

20-CR-478 (RMB)

**ORDER**

The Court hereby orders and directs that Mr. Pedro Ramos' term of supervised release is terminated early and effective today, September 18, 2025. *See* Tr. Of Procs. held on Sept. 18, 2025; *see also* Def. Counsel's Letter to the Court, dated Sept. 16, 2025 (ECF No. 72). Mr. Ramos will have completed over two years of supervised release.

The decision to grant early termination of supervised release is within the discretion of the district court. *See United States v. Sheckley*, 1997 WL 701370, at *1 (2d Cir. 1997) (citing *United States v. Lussier*, 104 F.3d 32, 36 (2d Cir. 1997)). Under 18 U.S.C. § 3583(e), the Court must first consider the relevant sentencing factors set forth in 18 U.S.C § 3553(a). Those factors include the nature and circumstances of the offense, the history and characteristics of the defendants, and the need for deterrence and rehabilitation. *See* 18 U.S.C § 3553(a). After considering the sentencing factors, the Court "may . . . terminate a term of supervised release . . . at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *See* 18 U.S.C. § 3583(e)(1). Mr. Ramos's early termination is based upon his positive achievements during the period of supervision, including gainful employment, counseling, and family support. It is in the interest of justice that Mr. Ramos be granted early termination.

On September 16, 2025, Defense Counsel (Federal Defenders), joined by the Probation Office, submitted a request for early termination of supervised release. *See* Def. Counsel's Letter to the Court, dated Sept. 16, 2025 (ECF No. 72). According to counsel, probation, and counselors, Mr. Ramos has been compliant with the conditions of supervision. Defense Counsel states "he created a trusting relationship" with his therapist Heather Spurrell who believes Mr. Ramos "has achieved his therapeutic goals." Def. Counsel's Letter to the Court, dated Sept. 16, 2025, at 2 (ECF No. 72). And, "Mr. Ramos has been a model supervisee. For the last two years he has developed an exceptionally strong record of compliance . . . [including] steady, full-time employment, participated in treatment, and has proved to be a dedicated and loving father to his young son." *Id.* at 4. Mr. Ramos remains "committed to being present for all of his son's milestones." *Id.* at 2. Mr. Ramos' Probation Officer states that early termination is "well-deserved." *Id.* at 1.

The Court finds that Mr. Pedro Ramos has conducted himself in an exemplary fashion and has met the requirements of early termination of supervision.

Date: September 18, 2025
New York, New York

RICHARD M. BERMAN, U.S.D.J.

*Certificate of Completion of Supervised Release*

*To acknowledge fulfillment of the terms and conditions of Pedro Ramos' supervised release, and his dedication. Mr. Ramos' supervised release obligations are successfully completed.*

*Congratulations for a job well done.*

Date: September 18, 2025
New York, New York

RICHARD M. BERMAN, U.S.D.J.